**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7564**

ORLANDO DAVID ALMOND,

            Plaintiff - Appellant,

      v.

JAMES M. SISK, Manager, Intake & Legal Services,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate Judge.  (3:08-cv-00138-MHL)

Submitted:  March 30, 2010          Decided:  April 2, 2010

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Orlando David Almond, Appellant Pro Se.  Susan Bland Curwood, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando David Almond appeals the magistrate judge's order[*] dismissing as untimely filed Almond's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Almond v. Sisk, No. 3:08-cv-00138-MHL (E.D. Va. Aug. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (2006).